ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2006

at __1__ o'clock and __55__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA      )
                              )
          vs.                 )    CRIMINAL NO. CR 00-00048ACK-01
                              )
CHRISTIAN ROSHA HOSOI         )
                              )

## ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to various parts of Europe, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 5/6/2006 through on or about 5/24/2006.

Dated: April 26, 2006, at Honolulu, Hawaii.

_____
ALAN C. KAY
Senior U.S. District Judge