| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 00-00048ACK-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** ORIGINAL | | DOCKET NUMBER *(Rec. Court)* FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JUN 29 2006 at 11 o'clock and 5 min __ M SUE BEITIA, CLERK |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: CHRISTIAN ROSHA HOSOI | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE Alan C. Kay | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/4/2004 — TO 6/3/2009 |

OFFENSE

Possession With Intent to Distribute in Excess of 50 Grams of Methamphetamine

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California (Santa Ana)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/26/06_
Date

_/s/ Alan C. Kay_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California (Santa Ana)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 19 2006
Effective Date

CHIEF   _/s/_
United States District Judge

ALICEMARIE H. STOTLER