# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 12, 2006



United States District Court
District of California Central
Office of the Clerk - Santa Ana Office
1-053 Ronald Reagan Federal Bldg and
United States Courthouse
411 West Fourth Street
Santa Ana, CA 92701



Re: U.S.A. vs. Christian Rosha Hosoi
    USDC HAWAII CR 00-00048ACK-01

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, enclosed are the following:

   Certified copy of the Indictment
   Certified copy of the Judgment and Commitment
   Certified copy of the Transfer of Jurisdiction
   Certified copy of the Docket Sheet.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely,
Sue Beitia, Clerk

by
Deputy Clerk

encls.
cc: U.S. Probation - Honolulu, HI
    U.S. Probation - District of California Central - Santa Ana

Receipt is acknowledged by: Clerk, U.S. District Court
Dated: _____ by: _____

MICHELLE URIE